579 A.2d 1294

STATE COLLEGE MANOR, LTD.

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Appellant,

Mellon Bank, N.A., Intervenor.

No. 99 M.D. Appeal Dkt. 1990.

Supreme Court of Pennsylvania.

Sept. 4, 1990.

## ORDER

PER CURIAM:

AND NOW, this 4th day of September, 1990, the appeal is hereby dismissed.